**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JI GUO CHEN,

                    Plaintiff,

                                                             **JUDGMENT**
   - against -                                                         CV 19-630 (ST)

GLOW ASIAN FOOD, INC., d/b/a Glow Thai &
Japanese; QIN HSU, a/k/a Amy Hsu, a/k/a Amy Doe;
and "JOHN" GAO, a/k/a Tom Gao,

                    Defendants.
-------------------------------------------------------------------X

      This action having been tried by the Court without a jury on June 29, 2021; and Findings of Fact and Conclusions of Law of Honorable Steven L. Tiscione, United States Magistrate Judge, having been filed on March 23, 2023: finding Defendants liable for failure to pay Plaintiff overtime and spread-of-hours pay and for failing to provide wage statements or notices; and awarding Plaintiff damages in the following amounts: $55,242.04 in unpaid overtime and spread-of-hours pay, $55,242.04 in liquidated damages, $10,00.00 in statutory damages for failing to provide wage statements or notices, and $$24,802.75 in prejudgment interest, for a total award of $145,286.83, it is

      **ORDERED AND ADJUDGED** that Defendants Glow Asian Food, Inc., Qin Hsu, and "John" Gao are liable for failure to pay Plaintiff overtime and spread-of-hours pay and for failing to provide wage statements or notices; that Plaintiff Ji Guo Chen is awarded a judgment in the amount of $145,286.83 as against Defendants Glow Asian Food, Inc., Qin Hsu, and "John" Gao; and that this case is closed.

Dated: March 23, 2023
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                          By:    /s/ James J. Toritto
                                Deputy Clerk